UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10295-RGS

NEW YORK STATE
ELECTRIC & GAS CORPORATION

v.

FIRST ENERGY CORPORATION

ORDER OF RECUSAL

August 12, 2005

STEARNS, D.J.

This case came before this session of the court incidental to the emergency duty.[1] I am required to recuse myself from any involvement in the matter, as I own shares of stock in defendant First Energy Corporation. 28 U.S.C. § 455(b)(4). The case will be returned to the Clerk to be randomly reassigned.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] Given the nature of the emergency relief requested, the court prevailed upon Judge Zobel to rule on the request (no other judge then being available). She graciously agreed to do so pending a redrawing of the case.